## INDIANAPOLIS & ST. LOUIS RAILROAD CO. *v.* VANCE.

APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR THE SOUTHERN DISTRICT OF ILLINOIS.

No. 897. Argued February 1, 1878. — Decided April 1, 1878.

*Railroad Co.* v. *Vance*, 96 U. S. 450, followed.

MR. JUSTICE HARLAN delivered the opinion of the court.

The decision just rendered in Case No. 896, 96 U. S. 450, between the same parties, controls the decision in this case.

Decree affirmed.

*Mr. B. W. Hanna* for appellant.

*Mr. James K. Edsall* for appellees